IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| SERLESS WEST, | \* |
| Plaintiff, | \* |
| v. | Case No.1:15-CV-102(LAG) |
| | \* |
| CITY OF ALBANY, GEORGIA, et al, | |
| | \* |
| Defendants. | |
| _____ | \* |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 21, 2019, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 21st day of March, 2019.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk